1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   JOSEPH EMMANUEL GAXIOLA,              Case No. 1:25-cv-00208-CDB (PC)

12              Plaintiff,

13        v.                              ORDER TRANSFERRING CASE TO THE
                                          SACRAMENTO DIVISION OF THE
14   CITY OF MODESTO, et al.,             EASTERN DISTRICT OF CALIFORNIA

15              Defendants.               (Doc. 1)

16

17        Plaintiff Joseph Emmanuel Gaxiola ("Plaintiff") is a state prisoner proceeding pro se in

18   this civil rights action brought pursuant to 42 U.S.C. § 1983.  Pending are his requests to proceed

19   in forma pauperis pursuant to 28 U.S.C. § 1915 and for the appointment of counsel.  (Docs. 1, 2,

20   3).   Plaintiff alleges Defendants City of Modesto, Stanislaus County Sheriff's Department,

21   sheriff-coroner Jeff Dirkse, and facility sergeant Joe Crabtree (collectively, "Defendants")

22   violated his civil rights during the time he was in custody as a prisoner/pretrial detainee at the

23   Stanislaus County Sheriff's Detention Center located in the City of Modesto, California.  (Doc. 1

24   at 8).

25        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

26   division of a court may, on the court's own motion, be transferred to the proper division of the

27   court.  E.D. Cal. L.R. 120(f).  In this case, Plaintiff's claims arose and the underlying events

28   occurred at the Stanislaus County Sheriff's Detention Center, located in Modesto, California,

                                           1

which is in Stanislaus County.  (Doc. 1).  The named Defendants are entities or individuals of the Stanislaus County Sheriff's Department and/or the City of Modesto in Stanislaus County.  (*Id.*). Stanislaus County is located in the Sacramento Division of the Eastern District of California.  *See* E.D. L.R. 120(d); 28 U.S.C. § 84(b).  Therefore, the Court finds that the interests of justice will be better served by transferring this case to the Sacramento Division of the Court.  *See* 28 U.S.C. § 1404(a).  Thus, Plaintiff's motions to proceed *in forma pauperis* (Doc. 2) and for the appointment of counsel (Doc. 3) will not be addressed until after reassigned to a magistrate judge of the Sacramento Division.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that this case is transferred to the United States District Court for the Eastern District of California sitting in Sacramento.

All future filings shall reference the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 I Street, Room 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated:  __**February 19, 2025**__

_____
UNITED STATES MAGISTRATE JUDGE

2